**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO.: 1:26-bk-02917 HWV** |
| **Carl Gary Phinney** | : | |
| **Debtor** | : | **CHAPTER 13** |

**MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, SUMMARY OF SCHEDULES, STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA, MEANS TEST, PAY STUBS, STATEMENT OF FINANCIAL AFFAIRS AND CHAPTER 13 PLAN**

**AND NOW comes Debtor, Carl Gary Phinney, by and through his attorney, Gary J. Imblum, and respectfully represents:**

**1. Debtor filed a Chapter 13 Bankruptcy to the above term and number on October 6, 2026.**

**2. Debtor filed the bankruptcy as an emergency filing due to pending lawsuits.**

**3. Debtor's schedules are due to the Court on or before October 20, 2026.**

**4. Debtor's counsel is requesting an additional 45 days in order to gather the documents needed to file the bankruptcy schedules and plan, prepare same, and have Debtor sign same.**

**WHEREFORE, Debtor respectfully request that this Honorable Court issue an Order extending the deadline for Debtor to file bankruptcy schedules and plan until December 4, 2026.**

**Respectfully submitted,**

**IMBLUM LAW OFFICES, P.C.**

Gary Imblum


**Gary J. Imblum**
**Attorney Id. No. 42606**
**4615 Derry Street**
**Harrisburg, PA 17111**
**(717) 238-5250**
**Fax No. 717 558-8990**
**Email: gary.imblum@imblumlaw.com**
**Attorney for Debtor**


**Dated: October 19, 2026**

## CERTIFICATE OF SERVICE

**I, Bernadette A. Davis, Paralegal, hereby certify that I have served a copy of the foregoing MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, SUMMARY OF SCHEDULES, STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA, MEANS TEST, PAY STUBS, STATEMENT OF FINANCIAL AFFAIRS, AND CHAPTER 13 PLAN on the following person(s) by E-Service, addressed to:**

**JACK N. ZAHAROPOULOS ESQUIRE**
**CHAPTER 13 TRUSTEE**
**VIA E-SERVICE**

**IMBLUM LAW OFFICES, P.C.**

Bernadette A. Davis

**Bernadette A. Davis, Paralegal**
**4615 Derry Street**
**Harrisburg, PA 17111**
**(717) 238-5250**
**Fax No. 717 558-8990**
**Email:bernadette.davis@imblumlaw.com**

**Dated: October 19, 2026**

IN THE UNITED STATES BANKRUPTCY COURT
OF THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **CASE NO.: 1:26-bk-02917 HWV** |
| **Carl Gary Phinney** | : | |
| **Debtor** | : | **CHAPTER 13** |

## ORDER

**Upon consideration of Debtor Motion for Extension of Time to File Schedules, Summary of Schedules, Statistical Summary of Certain Liabilities and Related Data, Means Test, Pay Stubs, Statement of Financial Affairs, and Chapter 13 Plan,**

**IT IS HEREBY ORDERED AND DECREED that the deadline for filing the aforementioned pleadings in the above captioned case is extended through December 4, 2026.**